Aug. 16, 2007 – 10:00 AM

Jen, Rick, Ed & Becky:
Met in Ed's office to review past year's progress. Both brothers agreed that year had been good with regards to cleaning up, fixing, etc. of yard. They are soliciting new business, & meeting & greeting old customers. They were given copies of letter composed by Ed, written by Dunton, Simmons, & Dunton concerning railways & their capacity — also re-stating who shall be responsible for damages and/or injury in the event an accident occurs. We (4) all discussed letter & intent.
Meeting over at 11:00 AM
Rebecca D. Lerge

**EXHIBIT A**

Deagles 0179