LAW OFFICES
# DUNTON, SIMMONS, & DUNTON, L.L.P

678 RAPPAHANNOCK DRIVE
POST OFFICE BOX 5
WHITE STONE, VIRGINIA 22578

| | |
|---|---|
| AMMON G. DUNTON, JR. | AMMON G. DUNTON (1903-2000) |
| CRAIG H. SMITH | C. JACKSON SIMMONS (1923-1999) |
| WILLIAM R. CURDTS | |
| J. RAWLEIGH SIMMONS | TELEPHONE: |
| MORGAN V. ALLEY | (804) 435-4000 |
| JOHN C. HODGES | FACSIMILE: |
| ELIZABETH B. HURD | (804) 135-1614 |
| E. STANLEY MURPHY | |
| WESLEY M. CHARLTON | |

September 30, 2016

L. Michael Cantor
FE Partners LLC
c/o Equator Management Associates, LLC
2101 L Street, NW, Suite 800
Washington, DC 20037

      Re:    MV Sequoia

Dear Mr. Cantor;

    As you know, I represent Deagle's Marine Railway, Inc. which leases a yard and two marine railways to Chesapeake Marine Railway, LLC. on Fishing Bay, Middlesex County, Virginia. The latter firm transacts business as Chesapeake Boat Works at that property where the Motor Vessel Sequoia is currently stored.

    You asked me for information regarding whether Chesapeake Marine Railway's lease for this property has been renewed. It has not. The lease was not renewed and is due to expire at midnight on October 31, 2016. I attach for your information a copy of the termination letter that my client has sent to the tenant, requesting surrender of the property.

    Our best information is that both railways at the yard are inoperable, at least for their rated capacities at the time of the lease and that the tenant is responsible for this damage.

    I can also confirm that Deagle's Marine Railway' Inc. has no interest whatsoever in selling this property to anyone. My client has never received a *bona fide* purchase offer from Chesapeake Marine Railway, Inc. and has recently refused to discuss a very informal purchase inquiry from Mr. Jon Farinholt.

    I will also advise you that each of the Messrs. Farinholt have been served with notices warning against trespass on the property of E.H. Deagle, a 92-year-old gentleman who formerly controlled Deagle's Marine Railway, Inc. Despite instructions to the contrary, Jon Farinholt

EXHIBIT F

FE Partners 1292

Mr. Michael Cantor
Chesapeake Marine Railway
September 30, 2016

continues in his attempts to discuss a lease renewal with Mr. Deagle who has no authority to speak for the company. Mr. Farinholt is quite aware that the lease has not been renewed.

My client is also extremely concerned that Chesapeake Boat Works continues to infer that there is an association between the Deagle family and itself. CBW's website incorrectly states:

> Operating since 1910 *Chesapeake Boat Works* is one of the oldest marine facilities on the Chesapeake Bay.
>
> With 100 years of experience, our facility offers the finest craftsmanship from generations of skilled shipwrights and the highest quality marine services to boaters on the Chesapeake Bay and around the world.

There is no association however between Chesapeake Boat Works and the generations of Deagle family members who formerly operating this venerable yard. Our best information is that Chesapeake Boat Works, LLC has only existed since 2010 although "Chesapeake Boat Works" has been used as a fictitious name by Chesapeake Marine Railway, LLC since 2006 when that entity was formed and leased this yard from the Deagle family.

The statements on this CBW's website imply an association with the yard that simply does not exist.

Deagle's Marine Railway, Inc. is extremely concerned about the presence of Sequoia in its yard in Deltaville. The vessel has been blocked and shrink wrapped for almost two years and it does not appear that the railway used to haul it is capable if relaunching. I am in contact with counsel for Chesapeake Marine Railway, LLC regarding the tenant's intentions in light of the lease termination.

Please contact me if you have additional questions.

Very truly yours,

*E. Stanley Murphy*

E. Stanley Murphy
Authorized electronic signature

FE Partners 1293