

David N. Ventker
757.625.1476
dventker@ventkerlaw.com

September 8, 2017

E. Stanley Murphy, Esq.
Dunton, Simmons & Dunton, L.L.P.
678 Rappahannock Drive
White Stone, VA 22578
esmurphy@dsdlaw.com

Re:   FE Partners, LLC, et al. v. Chesapeake Boat Works, LLC, et al., Document Subpoenas

Dear Stan:

First, enclosed please find a check for $78.00 to reimburse your firm for copying expenses regarding the recent document production.

Second, we have reviewed the lengthy items of correspondence you have issued in a few short weeks regarding the document production. We have reviewed with Mr. Cantor your demands that he pay you for outstanding invoices for representing the interests of FE Partners regarding the SEQUOIA and for considering possible claims against the Deagles and the Farinholts/Chesapeake Marine Railway, who are tenants of the Deagles. We have likewise reviewed your demand for payment from FE Partners for your invoices in representing the Deagles in resisting the document subpoena issued to them by FE Partners, your advice to the Deagles to impair the efforts to provide security for the vessel, and your comment that the dispute between FE Partners and the Farinholts is adverse to the business interests of the Deagles. We are at a loss to understand how you can overcome the obvious conflicts of interest caused by your representation of the interests of the Deagle family against the interests of Mr. Cantor and FE Partners. This is certainly not a conflict that has been waived by our clients, and it is not something that could ever have been cured by a Chinese wall.

Very truly yours,

VENTKER HENDERSON, PLLC

By: _____
David N. Ventker

**EXHIBIT K**